UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA EX REL., BILL LOCKYEAR, ATTORNEY GENERAL OF THE STATE OF CALIFORNIA,<br><br>             Plaintiff,<br><br>  v.<br><br>POWEREX CORP., a Canadian Corporation, dba POWEREX ENERGY CORP., and DOES 1-100,<br><br>             Defendants. | NO. CIV. S-05-143 GEB PAN |
| CALIFORNIA DEPARTMENT OF WATER RESOURCES,<br><br>             Plaintiff,<br><br>  v.<br><br>POWEREX CORP., a Canadian Corporation, dba POWEREX ENERGY CORP., and DOES 1-100,<br><br>             Defendants. | NO. CIV. S-05-518 GEB PAN<br><br>ORDER CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE |

       The parties' stipulated request to continue the Status Conference in these cases is granted. The Status Conference currently scheduled for July 11, 2005, is continued to August 22, 2005, at

1

1  9:00 a.m.  A joint status report shall be filed no later than
2  August 8, 2005.[1]
3          IT IS SO ORDERED.
4  Dated:  May 27, 2005
5
6                              /s/ Garland E. Burrell, Jr.
                               GARLAND E. BURRELL, JR.
                               United States District Judge

---

[1] The failure of one or more of the parties to participate in the preparation of a joint status report does not excuse the other parties from their obligation to timely file the document in accordance with this Order.  In the event a party fails to participate as ordered, the party or parties timely submitting the document shall include a declaration explaining why they were unable to obtain the cooperation of the other party.