```
 1
 2
 3
 4
 5                   IN THE UNITED STATES DISTRICT COURT
 6
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
 7

 8  PEOPLE OF THE STATE OF CALIFORNIA      )
    EX REL. BILL LOCKYER, ATTORNEY GENERAL )
 9  OF THE STATE OF CALIFORNIA,            )
                                           )
10                     Plaintiff,          )
                                           )
11          v.                             )
                                           )
12  POWEREX CORP., a Canadian Corporation, )
    dba POWEREX ENERGY CORP.,              )   CIV-S-05-143    GEB PAN
13  and DOES 1 - 100,                      )   CIV-S-05-518    GEB PAN
                                           )   CIV-S-05-1216   DFL DAD
14                     Defendant.          )
    _____)        ORDER
15  CALIFORNIA DEPARTMENT OF WATER         )
    RESOURCES,                             )
16                                         )
                       Plaintiff,          )
17                                         )
            v.                             )
18                                         )
    POWEREX CORP., a Canadian Corporation, )
19  dba POWEREX ENERGY CORP.,              )
    and DOES 1 - 100,                      )
20                                         )
                       Defendant.          )
21  _____)
    PEOPLE OF THE STATE OF CALIFORNIA      )
22  EX REL. BILL LOCKYER, ATTORNEY GENERAL )
    OF THE STATE OF CALIFORNIA,            )
23                                         )
                       Plaintiff,          )
24                                         )
            v.                             )
25                                         )
    POWEREX CORP., a Canadian Corporation, )
26  dba POWEREX ENERGY CORP.; PUBLIC       )
    SERVICE COMPANY OF NEW MEXICO;         )
27  and DOES 1 - 100,                      )
                                           )
28                     Defendants.         )
    _____)
```

1   On June 17, 2005, Powerex Corp. filed a Notice of Related
2 Cases document in CIV-S-05-1216.[1]  Although the earlier filed actions
3 were related so that the same magistrate judge would be assigned to
4 both actions, when the remand motions filed in those actions were
5 analyzed, the non-relatedness of the actions was discerned.
6   The latest filed action is not related to the earlier filed
7 actions since the actions involve different legal claims and factual
8 allegations.  Specifically, the latest filed action is based on an
9 alleged conspiracy between Powerex Corp., Public Service Company of
10 New Mexico, and the Colorado River Commission, whereas the earlier
11 filed actions are not based on a conspiracy claim and do not mention
12 either the Public Service Company of New Mexico or the Colorado River
13 Commission.
14   IT IS SO ORDERED.
15 Dated:  June 22, 2005

          <u>/s/ Garland E. Burrell, Jr.</u>
          GARLAND E. BURRELL, JR.
          United States District Judge

---

[1] The document was not filed in the earlier filed actions as required by Local Rule 83-123(b).  <u>See</u> L.R. 83-123(b) ("Counsel who has reason to believe that an action on file or about to be filed is related to another action on file . . . shall promptly file in each action and serve on all parties in each action a Notice of Related Cases.").

2