IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA EX REL. BILL LOCKYER, ATTORNEY GENERAL OF THE STATE OF CALIFORNIA,<br><br>          Plaintiff,<br><br>     v.<br><br>POWEREX CORP., a Canadian Corporation, dba POWEREX ENERGY CORP., and DOES 1 - 100,<br><br>          Defendants. | 2:05-cv-143-GEB-PAN<br><br>ORDER |

On August 23, 2005, Defendant Powerex Corp. filed an "Ex Parte Application of Powerex Corp. for Stay of Remand Proceeding Pending Resolution of the Appeal to the Ninth Circuit."  However, "[o]nce a district court certifies a remand order to state court it is divested of jurisdiction and can take no further action on the case." Seedman v. U.S. Dist. Ct. (Empire of Am.), 837 F.2d 413, 414 (9th Cir. 1988) (per curiam).  A certified copy of the remand order was mailed to the Sacramento Superior Court on August 23, 2005; therefore, Defendant's request for a stay is denied.

        IT IS SO ORDERED.

Dated:  August 24, 2005

                              /s/ Garland E. Burrell, Jr.
                              GARLAND E. BURRELL, JR.
                              United States District Judge

1